UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************

DANIEL TILBE,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
*******************************

Civil Action No. 10-910

CONSENT ORDER FOR
PAYMENT OF FEES
PURSUANT TO THE
EQUAL ACCESS TO
JUSTICE ACT

    This matter having been opened to the Court by HOWARD OLINSKY for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that Richard S. Hartunian, United States Attorney, and Katrina Lederer, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of $7,704.39, the Court having reviewed the record in this matter;

    IT IS on this ___30___ day of __October, 2013__ , :

    ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of $7,704.39. Fees are payable to the plaintiff, but if plaintiff does not owe a debt subject to offset, payable to the attorney.

                                      _____
                                      Norman A. Mordue, U.S. District Judge
                                      United States District Court

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By:

*/s/ Katrina Lederer*
KATRINA LEDERER
Special Assistant U.S. Attorney
Social Security Administration
26 Federal Plaza, Room 3904
New York, NY 10278
Bar No. 516674


By: /s/*Howard Olinsky*
HOWARD OLINSKY
Olinsky Law Group
300 South State St., Suite 420
Syracuse, NY 13036
Bar No. 102297